### 2456. HARPER *v.* SMITH BROTHERS.

POWELL, J. None of the errors of law assigned are meritorious. The evidence practically demanded the verdict.

*Judgment affirmed.*

Complaint; from city court of Ocilla—Judge Oxford. January 25, 1910.

Submitted April 14,—Decided April 19, 1910.

*Newbern & Meeks, H. J. Quincey,* for plaintiff in error.

*Eason & Bull, R. M. Bryson,* contra.